# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2011

Lyle W. Cayce
Clerk

No. 10-50537
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN MANUEL PELAYO SAHAGUN,

Defendant-Appellant

Cons. w/ No. 10-50538

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN SAHAGUN-PELAYO,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 3:09-CR-892-6
USDC No. 3:10-CR-524-1

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The attorney appointed to represent Juan Manuel Pelayo Sahagun (Sahagun)[1] has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir. 2011). Sahagun has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Sahagun's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. See 5TH CIR. R. 42.2.

---

[1] Although indicted as Juan Manuel Pelayo Sahagun, the appellant's true name is Juan Manuel Sahagun Pelayo.